CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KENNETH J. KAO (CABN 194912)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7320
FAX: (415) 436-6748
kenneth.kao@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD SHELBY BOGOLUB,<br><br>Plaintiff,<br><br>v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | CASE NO. 3:26-CV-03784-LB<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND TIME FOR DEFENDANT'S RESPONSE; DECLARATION** |

Pursuant to Civil Local Rules 6-1(b), 6-2 and 7-12, and subject to the Court's approval, the parties stipulate as follows:

WHEREAS, Plaintiff filed his Complaint and Motion for Leave to Proceed in Forma Pauperis on April 30, 2026 (ECF Nos. 1, 2);

WHEREAS, on July 7, 2026, the Court reset the Initial Case Management Conference from July 30, 2026, to August 27, 2026, with a Case Management Statement due one week beforehand on August 20, 2026 (ECF No. 8);

WHEREAS, on July 13, 2026, Plaintiff filed a Motion for Entry of Default, which was later withdrawn on July 16, 2026 (ECF Nos. 13, 16);

WHEREAS, on July 15, 2026, the Court granted Plaintiff's Motion for Leave to Proceed in Forma Pauperis (ECF No. 12);

WHERAS, on July 21, 2026, the Summons issued (ECF No. 15), and, on July 31, 2026, Defendant was served (ECF No. 20);

WHEREAS, the parties have met and conferred and agree that this case falls under the Privacy Act of 1974, 5 U.S.C. § 552a, and not the Freedom of Information Act, and, as such, Defendant's responsive pleading deadline is due on September 29, 2026 (ECF No. 20; Fed. R. Civ. P. 12(a));

WHEREAS, the parties have met and conferred and further agree that, for efficiency reasons and so the parties can better determine what, if any, Privacy Act searches and/or documents Plaintiff claims he is still entitled to, the current case management schedule should be extended eight weeks, such that the Initial Case Management Conference scheduled on August 27, 2026 shall be vacated and continued, along with all associated deadlines, to October 22, 2026;

WHEREAS, the parties have timely filed their respective consents to magistrate jurisdiction (ECF Nos. 6, 19); and

WHEREAS, there have been no previous requests for time modification in this case, and this request would have little to no impact on case management and the administration of justice;

Subject to approval of the Court, IT IS HEREBY STIPULATED, by the parties to this action, that:

1. The current case management schedule shall be extended eight weeks, such that the Initial Case Management Conference scheduled on August 27, 2026 shall be vacated and continued,

along with all associated deadlines, to October 22, 2026; and the Case Management Statement shall be due October 15, 2026.

2. Defendant's responsive pleading deadline shall likewise be extended eight weeks from September 29, 2026, to November 24, 2026.

DATED: August 19, 2026

*/s/ Richard Bogolub*
RICHARD BOGOLUB

Plaintiff Pro Se

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Kenneth J. Kao*[1]
KENNETH J. KAO
Assistant United States Attorney

Attorneys for Defendant

[1] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

**DECLARATION OF KENNETH J. KAO**

I, Kenneth J. Kao, declare as follows:

1. I am an Assistant United States Attorney and the attorney of record for Defendant in this action. I submit this declaration in support of the parties' Joint Stipulation to Continue the Case Management Conference and Extend Time for Defendant's Response filed concurrently herewith. The facts set forth in this declaration are within my personal knowledge or based upon documents and information I have received in the course of this litigation.

2. Plaintiff filed his Complaint on April 30, 2026 (ECF No. 1).

3. On the same date, the Court set the Initial Case Management schedule for this case, including an Initial Case Management Conference on July 30, 2026 with a Joint Case Management Statement to be due on July 23, 2026 (ECF No. 3).

4. On July 7, 2026, the Court reset the Initial Case Management Conference from July 30, 2026, to August 27, 2026, including a Joint Case Management Statement due by August 20, 2026 (ECF No. 8).

5. Plaintiff's Complaint was subsequently served on the Defendant on July 31, 2026, and therefore Defendant's responsive pleading deadline is due on September 29, 2026 (ECF No. 20).

6. On August 17, 2026, I met and conferred with Plaintiff, and, for efficiency reasons, the parties agreed to an extension of the Initial Case Management schedule, from August 27, 2026 to October 22, 2026, since Plaintiff is comparing his Privacy Act requests against Defendant's responses to determine what, if any, Privacy Act searches and/or documents Plaintiff asserts he is still entitled to. Likewise, the parties agreed to an eight-week extension of time, from September 29, 2026, to November 24, 2026, for Defendant to respond to the Complaint.

7. The parties have timely filed their respective consents to magistrate jurisdiction (ECF Nos. 6, 19).

8. There have been no previous requests for time modification in this case.

I declare under penalty of perjury under the laws of the United States that the above is true and accurate to the best of my information, knowledge, and belief.

Executed this 19th day of August, 2026, in San Francisco, California.

*/s/ Kenneth J. Kao*
KENNETH J. KAO
Assistant United States Attorney

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

1. The current case management schedule shall be extended eight weeks, such that the Initial Case Management Conference scheduled on August 27, 2026 shall be vacated and continued, along with all associated deadlines, to October 22, 2026. The case management statement will be due one week prior on October 15, 2026.

2. Defendant's responsive pleading deadline shall likewise be extended eight weeks from September 29, 2026, to November 24, 2026.

DATED: August 20, 2026

THE HON. LAUREL BEELER
United States Magistrate Judge